UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10795MLW

```
**********************************************
LARRY GARCIA                                 *
                                             *
v.                                           *
                                             *
KINGS GRANT INN CORP.                        *
**********************************************
```

### PLAINTIFF'S MOTION TO ENLARGE TIME FOR EFFECTING SERVICE OF PROCESS

Now comes the plaintiff in the above referenced matter and respectfully moves this Honorable Court to enlarge the time for effecting service of process for a period of sixty (60) days.  As grounds therefore the plaintiff states that the plaintiff is engaged in settlement negotiations with the defendant's insurer and it is expected that settlement negotiations are likely to lead to a settlement of this case within the next sixty (60) days or not at all.

The time for effecting service of process per Local Rule 4(m) has not expired.  This is the first request for an extension.

Dated:  July 12, 2005

The Plaintiff, Larry Garcia,
By his attorney,
JOSEPH G. ABROMOVITZ, P.C.

s/Joseph G. Abromovitz
_____
Joseph G. Abromovitz
858 Washington Street
Third Floor
Dedham, MA 02026
Phone:  (781) 329-1080