◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Larry Garcia
V.
Kings Grant Inn Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10795 MLW

TO: (Name and address of Defendant)

Kings Grant Inn Corp.
Trask Ln, Route 128
Danvers, MA 01923

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Abromovitz, Esq.
Law Office of Joseph G. Abromovitz, PC
858 Washington Street
Third Floor
Dedham, MA 02026

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                  APR 21 2005

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____

Larry Garcia
v.
Kings Grant Inn Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05  10795 MLW

TO: (Name and address of Defendant)

Kings Grant Inn Corp.
Trask Ln, Route 128
Danvers, MA 01923

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Abromovitz, Esq.
Law Office of Joseph G. Abromovitz, PC
858 Washington Street
Third Floor
Dedham, MA 02026

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    APR 2 1 2005

CLERK

_____
(By) DEPUTY CLERK