UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10795MLW

```
**********************************************
LARRY GARCIA                               *
                                           *
v.                                         *
                                           *
KINGS GRANT INN CORP.                      *
**********************************************
```

### STIPULATION ENLARGING TIME FOR FILING AN ANSWER

Now comes the plaintiff in the above referenced matter and hereby grants the defendant, to and including the close of business on September 30, 2005 to file a responsive pleading to the Complaint.  As grounds therefore plaintiff's counsel states that settlement negotiations have been undertaken with the insurer for the defendant and, if settlement negotiations are successful, the case will be resolved on or before September 30, 2005.

Dated:  September 15, 2005

The Plaintiff, Larry Garcia,
By his attorney,
JOSEPH G. ABROMOVITZ, P.C.

s/Joseph G. Abromovitz
_____

Joseph G. Abromovitz
858 Washington Street
Third Floor
Dedham, MA 02026
Phone:  (781) 329-1080