UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10795MLW

| | |
|---|---|
| LARRY GARCIA, Plaintiff, | ) ) ) ) |
| v. | ) ) |
| KINGS GRANT INS CORP., Defendant. | ) ) ) ) |

## STIPULATION OF DISMISSAL

Now come the parties to this action and in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and hereby stipulate that this action be dismissed with prejudice and without costs.

Larry Garcia,
by his attorney,


Joseph G. Abromovitz
Joseph G. Abromovitz, P.C.
858 Washington Street, 3rd Floor
Dedham, MA 02026
(781) 329-1080

Kings Grant Inn Corp.,
by its attorney,


Edwin W. Barrett
BBO No. 643230
Law Office of Thomas M. Niarchos
100 Summer Street, Ste. 201
Boston, MA 02110
(617) 772-2800

DATE: 10/24/05

DATE: 10/24/05